UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-128(01)RM |
| ) | |
| KEVIN HOSKINS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 23, 2008 [Doc. No. 37]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Kevin Hoskins' plea of guilty, and FINDS the defendant guilty of Count 1 of the Superseding Indictment, in violation of 18 U.S.C. § 472 and 2.

SO ORDERED.

ENTERED:   February 13, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court